**Order entered May 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00280-CR

**MICHAEL BLOOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-R-0019-D**

## ORDER

The Court **DENIES** appellant's May 21, 2013 motion to reinstate his brief. Pursuant to

Texas Government Code section 30.00027(b)(1), the appeal will be submitted on the briefs filed

in the Dallas County Criminal Court of Appeals No. 1.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE